```
LAW OFFICE OF RICCI & SPROULS
Attorneys at Law
445 Washington Street
San Francisco, California 94111
(415) 391 2100
FAX (415) 391 4678
FRANK P. SPROULS State Bar #166019
Attorney for Petitioner
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Petitioner,<br><br>VERONICA VASQUEZ<br>v.<br>ALBERTO GONZALEZ, ATTORNEY GENERAL OF THE UNITED STATES<br>AND<br>CHARLES De Moore,<br>Acting District Director, San Francisco Office, U.S. BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES<br><br>Respondents | C-07-2407 MEJ<br><br>RESPONSE TO GOVERNMENT ANSWER |

    Petitioner is mystified by the Government answer. Unless I am mistaken, the mandamus statute has not been repealed.

    Furthermore, unless there have been profound administrative changes in immigration law procedure, the Respondents are the only entity that is empowered to adjudicate an application for Adjustment of Status to Permanent Residency.

---

Stipulation on WRIT OF MANDAMUS <u>Yassine v. Gonzalez c-06-3540 JSW</u>    1

1  There is no private immigration firm. If we are unhappy with
2  the Post office, we can use Federal Express.
3  The Petitioner dos not have that luxury. She is simply asking
4  the Respondents to adjudicate her application in a timely fashion.
5
6
   Dated:_____ 2007
7
8
9
10 _____
   Frank P. Sprouls
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Stipulation on  WRIT OF MANDAMUS Yassine  v. Gonzalez c-06-3540 JSW                     2

the Government is filing a contemporaneous "Stipulation to Hold Case in Abeyance."

The following is the relevant procedural history-

Petitioner's spouse was granted political asylum on July 1, 2003.

She filed an application with the Respondents on July 14, 2003 to afford the Petitioner derivative asylee status.

Nearly three years later, on June 2, 2006, Petitioner filed a writ of mandamus compelling the Respondents to adjudicate the above application.

A Joint Case Management Statement must be filed by 09/28/06 with an Initial Case Management Conference set for 10/05/06.

The Court issued an Order to Show Cause on July 26, 2006. The Government has responded to the OSC and the Petitioner's response is due on 09/01/06. A hearing is set for 09/22/06.

In filing the Response, a dispute arose between the parties as to whether or not the Petitioner had his fingerprints taken on January 31 of this year. The background check is an essential predicate to the granting of the petition.

The Respondents claim that he did not, the Petitioner claims that he did and that he provided a fingerprint receipt.

In any event, the Respondents have agreed to provide the Petitioner with another appointment to have his prints taken.

They aver that this is the final impediment to the resolution of the petition filed by Petitioner's wife.

In the interest of judicial economy the parties stipulate to holding this case in abeyance pending the resolution of the fingerprint check.

Now, it is Petitioner's contention that the Government engaged in unconscionable delay in not initiating the fingerprinting and background check until three years had passed

1  from the filing of the petition in this case, nevertheless, the
2  proposed stipulation between the parties will best promote
3  judicial and administrative economy.

Dated:_____ 2006

_____/s/_____          _____/s/_____

Frank P. Sprouls              Edward Olsen

Attorney for Petitioner       US Attorney


_____

US District Court Judge

---

Stipulation on  WRIT OF MANDAMUS Yassine  v. Gonzalez c-06-3540 JSW