SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERONICA VASQUEZ,<br><br>              Petitioner,<br><br>      v.<br><br>ALBERTO E. GONZALEZ, Attorney General of the United States; and<br>DAVID N. STILL, Acting District Director, San Francisco Office, U.S. Bureau of Citizenship and Immigration Services,<br><br>             Respondents. | No. C 07-2407 MEJ<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the applications for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c),

Request for ADR Exemption
C07-2407 MEJ                                        1

1 | the parties request the case be removed from the ADR Multi-Option Program and that they be
2 | excused from participating in the ADR phone conference and any further formal ADR process.
3 | Dated: July 20, 2007                                  Respectfully submitted,
4 |                                                       SCOTT N. SCHOOLS
   |                                                       United States Attorney
5 |
6 |
7 |                                                       _____/s/_____
   |                                                       ILA C. DEISS
   |                                                       Assistant United States Attorney
8 |                                                       Attorney for Defendants
9 |
10 | Dated: July 23, 2007                                 _____/s/_____
    |                                                      FRANK P. SPROULS
11 |                                                      Attorney for Plaintiff
12 |
13 |
14 |                                **ORDER**
    |       Pursuant to stipulation, IT IS SO ORDERED.
15 |
16 |
17 | Date: _____
    |                                                      MARIA-ELENA JAMES
18 |                                                      United States Magistrate Judge

Request for ADR Exemption
C07-2407 MEJ                                      2