1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Respondents
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | VERONICA VASQUEZ,                        )
                                             ) No. C 07-2407 MEJ
13 |              Petitioner,                 )
                                             )
14 |       v.                                 ) **STIPULATION TO EXTEND DATES;**
                                             ) **and [PROPOSED] ORDER**
15 | ALBERTO E. GONZALEZ, Attorney General    )
of the United States; and                    )
16 | DAVID N. STILL, Acting District Director,)
San Francisco Office, U.S. Bureau of Citizenship )
17 | and Immigration Services,                )
                                             )
18 |              Respondents.                )
    _____
19 | )

20 |     Petitioner, by and through her attorney of record, and Respondents, by and through their
21 | attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:
22 |     1. Plaintiff filed this action on or about May 3, 2007, and Respondents' filed their response on
23 | July 2, 2007.
24 |     2. Pursuant to this Court's May 3, 2007 Order Setting Initial Case Management Conference,
25 | the parties are required to file a joint case management statement on August 2, 2007, and attend a
26 | case management conference on August 9, 2007.
27 |     3. The parties are exploring a resolution of this case and respectfully ask this Court to extend
28

Stipulation to Extend
C07-2407 MEJ                          1

the dates in the Court's scheduling order as follows:

    Last day to file/serve Joint Case Management Statement:    August 23, 2007

    Case Management Conference:    August 30, 2007 at 10:00 a.m.

Dated: August 3, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Respondents

Dated: August 2, 2007    _____/s/_____
FRANK P. SPROULS
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation to Extend
C07-2407 MEJ    2