SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERONICA VASQUEZ, ) | No. C 07-2407 MEJ |
|     Petitioner, ) | |
| v. ) | **STIPULATION TO EXTEND DATES;** |
| ) | **and [PROPOSED] ORDER** |
| ALBERTO E. GONZALEZ, Attorney General ) | |
| of the United States; and ) | |
| DAVID N. STILL, Acting District Director, ) | |
| San Francisco Office, U.S. Bureau of Citizenship ) | |
| and Immigration Services, ) | |
|     Respondents. ) | |
| ) | |

    Petitioner, by and through her attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about May 3, 2007, and Respondents' filed their response on July 2, 2007.

    2. Pursuant to this Court's May 3, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on August 2, 2007, and attend a case management conference on August 9, 2007.

    3. The parties are exploring a resolution of this case and respectfully ask this Court to extend

Stipulation to Extend
C07-2407 MEJ                            1

the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file/serve Joint Case Management Statement: | August 23, 2007 |
| Case Management Conference: | August 30, 2007 at 10:00 a.m. |

Dated: August 3, 2007				Respectfully submitted,

					SCOTT N. SCHOOLS
					United States Attorney


					_____/s/_____
					ILA C. DEISS
					Assistant United States Attorney
					Attorney for Respondents


Dated: August 2, 2007				_____/s/_____
					FRANK P. SPROULS
					Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 7, 2007				_____
					MARIA-ELENA JAMES
					United States Magistrate Judge

[Stamp: IT IS SO ORDERED / Judge Maria-Elena James / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]