1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERONICA VASQUEZ, ) | No. C 07-2407 MEJ |
| Petitioner, ) | |
| v. ) | **CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS; AND ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| ALBERTO E. GONZALEZ, Attorney General of the United States; and DAVID N. STILL, Acting District Director, San Francisco Office, U.S. Bureau of Citizenship and Immigration Services, ) | |
| Respondents. ) | |

The parties hereby stipulate to reassignment of this case to a magistrate judge, in accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment.

Further, Petitioner, by and through her attorney of record, and Respondents, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice in light of the approval of Petitioner's Petition for Alien Relative (Form I-130) and the fact that Petitioner does not wish to pursue, at this time, the remaining claims in her Complaint.

Consent and Stipulation to Dismiss
C07-2407 MEJ                                    1

1    Each of the parties shall bear their own costs and fees.

2    Dated: August 23, 2007                              Respectfully submitted,

3                                                        SCOTT N. SCHOOLS
                                                         United States Attorney

4

5

6                                                        _____/s/_____
                                                         ILA C. DEISS
                                                         Assistant United States Attorney
7                                                        Attorney for Respondents

8

9    Dated: August 23, 2007                              _____/s/_____
                                                         FRANK P. SPROULS
10                                                       Attorney for Petitioner

11

12
                                       **ORDER**
13
         Pursuant to stipulation, IT IS SO ORDERED.
14

15

16   Date: August 27, 2007                               _____
                                                         MARIA-ELENA JAMES
17                                                       United States Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James

Consent and Stipulation to Dismiss
C07-2407 MEJ                                    2